**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BOBBY WILLARD FULLER, JR.,<br><br>            Plaintiff,<br><br>     v.<br><br>MONA S. HOUSTON, et, al.,<br><br>            Defendants. | Case No. EDCV 21-00127-SSS (AS)<br><br>**ORDER ACCEPTING FINDINGS,**<br>**CONCLUSIONS AND RECOMMNEDATIONS OF**<br>**UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the First Amended Complaint, all of the records herein, and the Report and Recommendation of a United States Magistrate Judge. After having made a de novo determination of the portions of the Report and Recommendation to which Objections were directed, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge. In sum, Plaintiff's Objections do not cause the Court to reconsider its decision to accept the Magistrate Judge's conclusions and recommendations.

**IT IS ORDERED** that (1) Plaintiff's federal claims are DISMISSED WITH LEAVE TO AMEND; and (2) Plaintiff's state law claims are DISMISSED WITHOUT PREJUDICE.

Plaintiff is **ORDERED** to file a Second Amended Complaint consistent with this Order no later than thirty (30) days from the date of this Order.

Plaintiff is warned that failure to timely file a Second Amended Complaint, or failure to correct the deficiencies described herein, will result in dismissal for failure to prosecute and/or failure to comply with a court order, particularly in light of the fact that Plaintiff previously has been given an opportunity to correct deficiencies in his pleadings but still has failed to plead facts sufficient to state a claim for relief.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Magistrate Judge's Report and Recommendation on Plaintiff and counsel for Defendants.

DATED: September 20, 2022

_____
SUNSHINE SUZANNE SYKES
UNITED STATES DISTRICT JUDGE