1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BOBBY WILLARD FULLER, JR., <br><br> Plaintiff, <br><br> v. <br><br> MONA S. HOUSTON,  et, al., <br><br> Defendants. | Case No. EDCV 21-0127-SSS (AS) <br><br> **ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMNEDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Second Amended Complaint, all of the records herein, and the Report and Recommendation of a United States Magistrate Judge.  After having made a <u>de novo</u> determination of the portions of the Report and Recommendation to which Objections were directed, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge.  In sum, Plaintiff's Objections do not cause the Court to reconsider its decision to accept the Magistrate Judge's conclusions and recommendations.

**IT IS ORDERED** that (1) the Second Amended Complaint is **DISMISSED WITH LEAVE TO AMEND** with respect to Defendant Amis; and (2) the Second Amended Complaint is **DISMISSED WITHOUT LEAVE TO AMEND** with respect to Defendant Farsooq.

1         Plaintiff is **ORDERED** to file a Third Amended Complaint consistent with

2    this Order no later than thirty (30) days from the date of this Order.

3         Plaintiff is warned that failure to timely file a Third Amended Complaint, or

4    failure to correct the deficiencies described herein, will result in dismissal for failure

5    to prosecute and/or failure to comply with a court order.

6         **IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and

7    the Magistrate Judge's Report and Recommendation on Plaintiff and counsel for

8    Defendants.

9

10   DATED: January 6, 2023

                                                _____

11                              SUNSHINE SUZANNE SYKES
United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28