UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY WILLARD FULLER, JR.,<br><br>          Plaintiff,<br><br>     v.<br><br>R. AMIS,<br><br>          Defendant. | Case No. 5:21-CV-00127-SSS (AS)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMNEDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Third Amended Complaint, all of the records herein, and the Report and Recommendation of a United States Magistrate Judge to which no objections were filed. Accordingly, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge in the Report and Recommendation.

**IT IS ORDERED** that Defendant's Motion to Dismiss is **DENIED**. Defendant is **ORDERED** to file an answer to the Third Amended Complaint **no later than fourteen (14) days** from the date of this Order.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Magistrate Judge's Report and Recommendation on Plaintiff and counsel for Defendant.

Date: June 2, 2023

_____
SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE