UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY WILLARD FULLER, JR., <br><br> Plaintiff, <br><br> v. <br><br> R. AMIS, <br><br> Defendant. | Case No. 5:21-cv-00127-SSS (AS) <br><br> **ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Third Amended Complaint, all of the records herein, and the Report and Recommendation of a United States Magistrate Judge to which no objections were filed. Accordingly, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

**IT IS ORDERED** that Defendant's motion for summary judgment is **GRANTED**; and Judgment shall be entered **DISMISSING** this action with prejudice.

1     **IT IS FURTHER ORDERED** that the Clerk serve copies of this Order

2   and the Magistrate Judge's Report and Recommendation on Plaintiff.

4   DATED: September 26, 2024

                                     SUNSHINE S. SYKES
                                     United States District Judge