JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY WILLARD FULLER, JR., <br><br> Plaintiff, <br><br> v. <br><br> R. AMIS, <br><br> Defendant. | Case No. 5:21-cv-00127-SSS (AS) <br><br> **JUDGMENT** |

Pursuant to the Order Accepting Report and Recommendations of United States Magistrate Judge, **IT IS ADJUDGED** that the above-captioned case is **DISMISSED WITH PREJUDICE**.

DATED: September 26, 2024

_____
SUNSHINE S. SYKES
United States District Judge

-1-